UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **BILAL CHABAAN**, | 2:21-CV-11279-TGB |
| Plaintiff, | |
| vs. | **ORDER REQUIRING PROOF OF SERVICE TO BE FILED** |
| **MAACO AND ROYAL AUTO CLINIC LLC, ET AL.**, | |
| Defendants. | |

During a hearing held on October 25, 2021, the Court allowed an additional thirty days to achieve service on Defendants. Since then, Plaintiff has taken no further action. Therefore,

Plaintiff is **ORDERED** to **FILE PROOF OF SERVICE** on or before January 28, 2022. Failure to comply with this Order may result in dismissal of this case for lack of prosecution.

DATED this 18th day of January, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge