UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BILAL CHABAAN,
an individual,

Plaintiff,

Case No. 21-11279

v.

Hon. Terrence G. Berg

MAACO AND ROYAL AUTO CLINIC,
LLC, et al

Defendant.

**MEROUEH & HALLMAN, LLP**
ZACHARY A. HALLMAN (P78327)
ODEY K. MEROUEH (P76460)
Attorneys for Plaintiff
14339 Ford Rd., Second Floor
Dearborn, MI 48126
(313) 582-7469 / (313) 438-0540 fax
zhallman@mhatlaw.com
okm@mhatlaw.com

**PLAINTIFF'S SECOND, UPDATED MOTION FOR DEFAULT JUDGMENT**

Plaintiff, Bilal Chabaan, by and through his attorneys, Meroueh and Hallman, moves *ex parte* under the Federal Rule of Procedure 55 and asks that this Court enter an Order of Default against Defendants MAACO AND ROYAL AUTO

CLINIC, LLC ("MAACO") and Ramsey Wared ("Wared")(collectively the Defendants in Default):

1. Upon newly discovered information that Defendant Ramsey Wared was receiving most of his mail to 7208 N.W. 64th Terrace, Parkland, Florida, 33067, Plaintiff effectuated service via overnight mail.
2. Defendant Ramsey Wared signed for service of the Summons and Complaint, as well as the Motion for Default Judgment in this matter on February 8th, 2022 on behalf of himself and Defendant MAACO. DKT NO. 11.
3. Defendants as of this date still have yet to file an Answer to Plaintiffs Complaint or respond in any capacity.
4. Plaintiff requests that this Honorable Court grant its proposed Order of Default against Defendants MAACO and Mr. Ramsey Wared.

Date: 7/20/2022

/s/: Zachary A. Hallman
Zachary A. Hallman (P78327)
Attorney for Plaintiff
14339 Ford Rd., Second Floor
Dearborn, MI 48126