**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**BILAL CHABAAN**,

Plaintiff,

**v.**

CASE NO. 2:21-CV-11279
Hon. Terrence G. Berg

**MAACO AND ROYAL AUTO CLINIC LLC**,
a Domestic Limited Liability Company, **and RW Property Investments, LLC** and
**RAMSEY WARED**, an individual,

Defendants.

---

**ORDER OF DEFAULT AGAINST DEFENDANTS MAACO AND ROYAL OAK AUTO CLINIC AND RAMSEY WARED**

The Court has considered Plaintiff's verified complaint, motion and attached exhibits and has determined the following.

1. Plaintiff validly served the Summons and Complaint in this matter on Febryar
2. Defendants have yet to file an Answer to such allegations or respond in any capacity to Plaintiff's Complaint.

**IT IS ORDERED**

1. Defendant Maaco and Royal Oak Auto Clinic is in Default of the above-entitled action.
2. Defendant Ramsey Wared is found to be in Default of the above-entitled action.
3. Defendants are to be held jointly and severally liable for the damages enunciated in Plaintiff's Complaint, specifically.
    a. Damages to Plaintiff in liquidated lost wages and overtime of $20,000.00.
    b. Attorney's fees and costs in this matter of $6,500.00.

Hon. ____________________
Terrence G. Berg
United States District Court Judge